```
 1  Nancy Curry
    Chapter 13 Trustee
 2  606 S. Olive Street, Suite 950
    Los Angeles, CA  90014
 3  (213) 689-3014   FAX (213) 689-3055

 4
                     UNITED STATES BANKRUPTCY COURT
 5                    CENTRAL DISTRICT OF CALIFORNIA

 6

 7  In re:                          ) Case No.: 2:06-bk-16969-ER
                                    )
 8      Halpern, Eugene Genadiusz   ) TRUSTEE'S NOTICE OF
                                    ) UNCLAIMED DIVIDEND
 9                                  ) (Bankruptcy Rule 3011)
                                    )
10                                  )
                                    )
11
        TO THE CLERK OF THE ABOVE-ENTITLED COURT:
12
        Please find annexed hereto Check No. 631297 in the sum of
13
    $6.21 representing the total amount of unclaimed dividend in the
14
    above-entitled debtor's estate.  The check was not deliverable
15
    at the address of record.  The Trustee, after due diligence, has
16
    not been able to locate the payee.  Said sum is paid over to you
17
    pursuant to Bankruptcy Rule 3011.  The record reflects the name
18
    and address of the party entitled to said unclaimed dividend to
19
    be:
20
                    Halpern, Eugene Genadiusz
21                  1234 N. Gardner Street
                    West Hollywood, CA  90046
22

23

24  Date:  January 20, 2011            /s/ Nancy Curry

25
```

NOTICE OF UNCLAIMED DIVIDEND (Bankruptcy Rule 3011)

- 1 -

631297

1/18/2011

Six Dollars and 21 Cents

6.21

50093000
U.S. BANKRUPCTY COURT
FISCAL DEPT.
255 E. TEMPLE ST., RM 1067
LOS ANGELES,CA  90012-

VOID VOID VOID

VOID VOID VOID

VOID VOID VOID

| Case No. | Clm | Debtor Name | Your Account No. | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|
| 0616969-ER | 9990-0 | HALPERN, EUGENE GENADIUSZ | | 6.21 | | 6.21 |